Slip Op 07 - 68

# *UNITED STATES COURT OF INTERNATIONAL TRADE*

|  |  |  |
|---|---|---|
| FORMER EMPLOYEES OF CABOT SUPERMETALS | : | |
| | : | |
| Plaintiffs, | : | **Before: MUSGRAVE, JUDGE** |
| | : | |
| v. | : | Court No. 05-00674 |
| | : | |
| UNITED STATES DEPARTMENT OF LABOR | : | |
| | : | |
| Defendant. | : | |

**JUDGMENT**

This court, having issued an Order on March 27, 2007, requiring the plaintiffs to show cause why this action should not be dismissed for lack of prosecution; and with no response from the plaintiffs having been received by the Court, it is hereby

**ORDERED** pursuant to Rule 41(b)(3)of the Rules of this Court that this action be, and it hereby is, dismissed for lack of prosecution.

/s/  R. Kenton Musgrave
R. KENTON MUSGRAVE, JUDGE

Dated: May 9, 2007
New York, New York